UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| TREASURY SOLUTIONS HOLDINGS, INC., a Georgia corporation, successor in interest to TREASURY SOLUTIONS, LLC, a Georgia limited liability company, f/k/a GIF PLAN ADVISORS, LLC, a Georgia limited liability company, successor in interest to GIF SERVICES, LLC, a Georgia limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>UPROMISE, INC., a Delaware corporation; UPROMISE INVESTMENTS, INC., a Delaware corporation; THE VANGUARD GROUP, INC., a Pennsylvania corporation; JOHN DOES 1 through 10, individuals; ABLE-BAKER COMPANY 1-10, partnerships; and BLACK & WHITE INC. 1-10, corporations,<br><br>    Defendants. | 3:10-CV-00031-ECR-RAM<br><br>MINUTES OF THE COURT<br><br>DATE: January 31, 2011 |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN        Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that Plaintiffs' Motion (#41), filed on January 5, 2011, for Leave to File First Amended Complaint is **GRANTED**.

Plaintiffs shall file the first amended complaint within fourteen (14) days.

Defendants do not oppose (#42 and #43) the granting of the Motion (#41).

                                        LANCE S. WILSON, CLERK
                                        By      /s/
                                             Deputy Clerk